

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00051-CV

_____

JERRY LAZA, Appellant

V.

CITY OF PALESTINE, TEXAS, Appellee

On Appeal from the 349th District Court
Anderson County, Texas
Trial Court No. DCCV16-356-349

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

On February 2, 2021, this Court abated this appeal to the trial court to conduct an evidentiary hearing pursuant to Rule 34.6, subsections (e) and (f), for the purposes of (1) determining whether all portions of the record to which the parties are entitled have been provided to them and filed with this Court and (2) identifying and correcting, if possible, any inaccuracies or deficiencies in the reporter's record. *See* TEX. R. APP. P. 34.6(e), (f).

After having conducted two evidentiary hearings, the trial court has submitted its findings regarding the appellate record in a report dated December 14, 2021. We adopt each of the trial court's findings and its conclusion that there is no error or omission in the appellate record that is significant or that would affect the resolution of this appeal.

Because the appellate record is complete and contains no error or omission that would affect the resolution of this appeal, we reinstate this appeal. The appellant's brief is due to be filed in this Court on or before January 27, 2022.

IT IS SO ORDERED.

BY THE COURT

Date: December 28, 2021